UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 08-cr-00287-REB | FTR MEH PM |
| November 3, 2009 | |
| UNITED STATES OF AMERICA | James Boma |
| v. | |
| TROY SAGO | Marc Milavitz |

### MOTION HEARING

Court in Session: 2:31 pm

Court calls case and appearances of counsel.

Sue Heckman is present from pretrial services.

Defense counsel provides an offer of proof.

The government addresses the court.

Defense counsel calls Alisha Christmas to the stand.

Witness sworn.

Direct examination by defense counsel.

Cross examination by the government.

Redirect examination by defense counsel.

Witness excused.

Defense counsel proceeds to argument.

Government proceeds to argument.

Rebuttal argument from defense counsel.

**The court takes the Motion To Reconsider Pre-Trial Release Detention (275) under advisement and will issue a written order.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in Recess: 3:23 pm

Total time: 52 minutes

Hearing concluded.