**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  TROY SAGO,

      Defendant.

---

**MINUTE ORDER[1]**

---

The matter comes before the court on the **Defendant's Motion to Review Ruling of the Court of November 4, 2009 Denying Defendant's Motion to Reconsider Pre-Trial Release Detention** [#334] filed January 7, 2010.  After careful review of the motion and the file,

**IT IS ORDERED** as follows:

1.  That on **January 13, 2010**, at 10:00 a.m., the court shall conduct a hearing on the **Defendant's Motion to Review Ruling of the Court of November 4, 2009 Denying Defendant's Motion to Reconsider Pre-Trial Release Detention** [#334] filed January 7, 2010, at which counsel and the defendant shall appear without further notice or order; and

2.  That to the extent necessary the U.S. Marshal shall assist in securing the appearance of the defendant.

Dated:  January 8, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.