**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. TROY SAGO,

    Defendant.

---

### MINUTE ORDER[1]

---

On January 27, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That on Wednesday, **February 3, 2010**, at 10:00 a.m., the court shall conduct a hearing on the **Defendant's Motion to Review Ruling of the Court of November 4, 2009 Denying Defendant's Motion to Reconsider Pre-Trial Release Detention** [#334] filed January 7, 2010, at which counsel and the defendant shall appear without further notice or order; and

2. That to the extent necessary, the U.S. Marshal shall assist in securing the appearance of the defendant at the motion hearing.

Dated: January 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.